FILED - USDC -NH
2026 AUG 18 AM11:32

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **No. 26-cr-** 65-JL-AJ-01 |
| **BREJEA M. WRIGLEY,** | ) | |
| **Defendant.** | ) | |

**INFORMATION**

The United States Attorney charges:

**COUNT ONE**

**[21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii)]**
**[Distribution of a Controlled Substance]**

On or about September 6, 2025, in the District of New Hampshire and elsewhere, the defendant

**BREJEA M. WRIGLEY,**

knowingly and intentionally distributed a controlled substance, specifically 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii).

**COUNT TWO**

**[21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii)]**
**[Distribution of a Controlled Substance]**

On or about October 14, 2025, in the District of New Hampshire and elsewhere, the defendant

**BREJEA M. WRIGLEY,**

knowingly and intentionally distributed a controlled substance, specifically 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii).

**NOTICE OF FORFEITURE**

Upon conviction of the offense alleged in Counts One and Two of this Information, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the charged offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the charged offense.

Dated: 8/14/2026

ERIN CREEGAN
United States Attorney

Cesar A. Vega
Assistant United States Attorney